UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

State Court Case No. 16-2023-CA-0008248-XXXX-MA Division CV-A

LA ROSLYN AARON,

        Plaintiff,

vs.

ANSEL JACKSON, and　　　　　　　　　　**NOTICE OF REMOVAL**
UNITED PARCEL SERVICE, INC.,

        Defendants.

Defendants, Ansel Jackson and United Parcel Service, Inc. ("Defendants"), hereby remove this civil action to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §§1332 and 1446, and in support thereof state the following:

    1.    Defendants file this Notice of Removal pursuant to 28 U.S.C. §1446. This Notice of Removal is being filed with the Court within thirty (30) days of service of the Plaintiff's Complaint upon one of the defendants.

    2.    Plaintiff commenced this action against Defendants in the Circuit Court of the Fourth Judicial District, in and for Duval County, Florida, by filing a Complaint (Case No. 16-2023-CA-0008248-XXX-MA) on April 5, 2023. The Complaint was served on Defendant, United Parcel Service, Inc., on July 5, 2023.

    3.    The time for removing this action to Federal Court has not expired.

4.   Pursuant to 28 U.S.C. §1446(a), a copy of the Complaint that was served on July 5, 2023, is attached as Exhibit A. No other process, pleadings, or orders have been served by or upon Defendants in this proceeding to date.

5.   Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice will be filed with the Clerk of Court, Duval County, Florida, promptly after the filing of this Notice, and written notice will be served on counsel for the adverse party.  A copy of the Notice to State Court of Removal (without attachments) is attached as Exhibit B and a copy of the Notice of Removal to Adverse Party (without attachments) is attached hereto as Exhibit C.

## JURISDICTION

6.   This Court has diversity jurisdiction over the claims pleaded in the Complaint pursuant to 28 U.S.C. §1332(a)(1), because the action is between citizens of different states.  Defendant, United Parcel Service, Inc., was incorporated under the laws of the State of Ohio and maintains its principal place of business at 55 Glenlake Parkway NE, Atlanta, GA 30328.  Defendant, Ansel Jackson, is a citizen of the State of Georgia, and Plaintiff is a citizen of the State of Florida.

7.   The amount in controversy allegedly exceeds $75,000.  On November 18, 2022, Plaintiff provided a pre-suit demand package which sought the available primary and excess policy limits.  The primary insurance available for this claim alone is $5,000,000.  The demand also references then-existing past-medical expenses of $10,643.80 and estimated future surgical costs of

$380,463 to $425,643.80. The November 2022, demand seeks an unspecified amount of non-economic damages for pain and suffering.

8.  Accordingly, because the amount in controversy involves more than $75,000 and there is complete diversity of citizenship between Plaintiff and Defendants, the Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. §1332(a)(1).

9.  Removal of the action is proper pursuant to 28 U.S.C. §1446.

## VENUE

10. Pursuant to 28 U.S.C. §1441(a), the United States District Court for the Middle District of Florida is the proper venue for removal because it embraces the place where the state court action is pending.

WHEREFORE, Defendants, Ansel Jackson and United Parcel Service, Inc., request the above-described action now pending against it in the Circuit Court of the Fourth Judicial District, In and For Duval County, Florida be removed to the United States District Court for the Middle District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing document was filed via CM/ECF on July 26, 2023. I also certify the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via Transmission of Notices of Electronic

Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically filed pleadings in this action.

Respectfully submitted,

**CARR ALLISON**
305 South Gadsden Street
Tallahassee, FL 32301
T: (850) 222-2107
F: (850) 222-8475
E1: cbarkas@carrallison.com
E2: kweaver@carrallison.com
E3: bakopyan@carrallison.com
E4: drodriguez@carrallison.com

Christopher Barkas ◆ FBN 449202
S. Kyle Weaver ◆ FBN 1002666
Betty K. Akopyan ◆ FBN 1010257

Attorneys for Defendants

Service List

Service via Transmission of Notice of Electronic Filing generated by CM/ECF and U.S. Mail.

Stephen A. Smith, Esquire
Law Offices of Stephen A. Smith, LLC
101 E. Union Street, Suite 200
Jacksonville, FL 32202
sasmith@sasmithlegal.com