UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LA ROSLYN AARON,

    Plaintiff,

vs.   Case No. 3:23-cv-874-MMH-LLL

ANSEL JACKSON and UNITED
PARCEL SERVICE, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On August 16, 2023, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 10; Order). The Court also provided that the parties shall have until October 16, 2023, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by October 16, 2023, this case would automatically be deemed to be dismissed without prejudice. See id. On October 16, 2023, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice (Dkt. No. 11; Notice). However, because the Notice failed to comply with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court struck it and directed the parties to file a

joint stipulation of dismissal by November 3, 2023. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of November, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record